
FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 05 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AMIT KISHORE, )
 )
        Petitioner, ) Case No. C10-1862-JLR
 )
v. ) **ORDER OF DISMISSAL**
 )
DEPARTMENT OF HOMELAND SECURITY, )
*et al.*, )
 )
        Respondents. )

The Court, having reviewed the parties' stipulated motion to dismiss and withdraw petition for writ of habeas corpus and emergency request for stay of removal, Dkt. No. 20, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;

    2.    The parties' motion to withdraw and dismiss petition for writ of habeas corpus and emergency request for stay of removal, Dkt. No. 20, is GRANTED, and this action is DISMISSED without prejudice and without fees or costs to either party; and

//

//

ORDER OF DISMISSAL- 1

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 5th day of July, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 2